**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

REGINALD LAMONT HENDERSON, JR.                                                    PLAINTIFF

v.                                                    5:17cv00321-JLH-JJV

PERDUE, Sergeant,
Dub Brassell Detention Center; *et al.*                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Reginald Lamont Henderson, Jr. ("Plaintiff") filed this action on December 1, 2017.  (Doc. No. 2.)  On December 15, 2017, mail sent to Plaintiff from the Court was returned as undeliverable. (Doc. No. 6.)  Therefore, on December 18, 2017, I directed Plaintiff to provide an updated address and affirm his intent to continue prosecuting this action within thirty days.[1]  (Doc. No. 7.) Additional mail was returned as undeliverable.  (Doc. Nos. 8-12.)  More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order.  He was warned that such failure would result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).  (Doc. Nos. 3 at 4, 7 at 1.)

---

[1]Local Rule 5.5(c)(2) states:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

Additionally, on December 5, 2017, I denied Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 1) and directed him to submit, within thirty days, either the $400 filing fee or a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit.[2] (Doc. No. 3.)  Plaintiff submitted a second Application to Proceed Without Prepayment of Fees and Affidavit, which was similarly incomplete.  (Doc. No. 4.)  Therefore, on December 11, 2017, I denied Plaintiff's second Application and again ordered him to submit, within thirty days, either the filing fee or a complete Application.  (Doc. No. 5.)  More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order. He was warned that a failure to comply would result in the dismissal of his case without prejudice. (Doc. Nos. 3 at 1-2, 5 at 2.)

IT IS, THEREFORE, RECOMMENDED that:

1.      Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 22nd day of January, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[2] My Order of December 5, 2017, also found Plaintiff's Complaint failed to state a claim upon which relief could be granted and offered him an opportunity to amend his Complaint within thirty days.  (Doc. No. 3.)  Plaintiff has not filed an amended complaint.